# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AIDIN KIANI, on behalf of himself and all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SANTANDER CONSUMER USA INC.,<br><br>　　　　Defendant, | Case No. 8:24-cv-01936-DOC-KES<br><br>[~~PROPOSED~~] ORDER GRANTING STIPULATED PROTECTIVE ORDER<br><br>Hon. David O. Carter<br>Hon. Karen E. Scott |

**ORDER**

The Court, having read and considered Plaintiff Aidin Kiani ("Plaintiff") and Defendant Santander Consumer USA Inc.'s ("Defendant") stipulated request for protective order, and good cause appearing therefore, the Court hereby orders the following:

The Court hereby enters the proposed Stipulated Protective Order.

**IT IS SO ORDERED.**

Dated: January 3, 2025

*Karen E. Scott*

Karen E. Scott

United States Magistrate Judge