**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
David J. McGlothlin, Esq. (SBN: 253265)
david@kazlg.com
Mona Amini, Esq. (SBN: 296829)
mona@kazlg.com
Gustavo Ponce, Esq. (SBN: 343430)
gustavo@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, California 92626
Telephone: (800) 400-6808
Facsimile:  (800) 520-5523

*Attorneys for Plaintiff,*
Aidin Kiani

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AIDIN KIANI. on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SANTANDER CONSUMER USA, INC.,<br><br>Defendant. | Case No.:  8:24-cv-01936-DOC-KES<br><br>**NOTICE OF SETTLEMENT** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

NOTICE IS HEREBY GIVEN that Plaintiff Aidin Kiani ("Plaintiff") and Defendant Santander Consumer USA, Inc. ("Defendant") (together, the "Parties") have reached a settlement in principle resolving Plaintiff's individual claims in this action. The Parties are in the process of drafting a written settlement agreement and Plaintiff anticipates the Parties will be in a position to file a Stipulation to Dismiss this action with prejudice as to Plaintiff's individual claims and without prejudice as to the putative class within the next sixty (60) days.

Plaintiff respectfully requests that any pending hearing dates and deadlines be vacated and that the Court retain jurisdiction until the Parties complete the settlement and dismiss this action.

Dated: March 13, 2025                    **KAZEROUNI LAW GROUP, APC**

By: ___/s/ Mona Amini___
Abbas Kazerounian, Esq.
David J. McGlothlin, Esq.
Mona Amini, Esq.
Gustavo Ponce, Esq.

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I certify that on a copy of the foregoing was filed and served electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Dated: March 13, 2025                    **KAZEROUNI LAW GROUP, APC**


By: ___/s/Mona Amini_____
         Mona Amini