**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
David J. McGlothlin, Esq. (SBN: 253265)
david@kazlg.com
Mona Amini, Esq. (SBN: 296829)
mona@kazlg.com
Gustavo Ponce, Esq. (SBN: 343430)
gustavo@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, California 92626
Telephone: (800) 400-6808
Facsimile:  (800) 520-5523

*Attorneys for Plaintiff,*
*Aidin Kiani*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AIDIN KIANI, on behalf of herself and those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SANTANDER CONSUMER USA, INC.,<br><br>Defendant. | Case No.: 8:24-cv-01936-DOC-KES<br><br>**STIPULATION TO DISMISS ACTION PURSUANT TO FED. R. CIV. P. 41(A)(1)** |

Plaintiff Aidin Kiani ("Plaintiff") and Defendant Santander Consumer USA, Inc. ("Defendant") (together, the "Parties"), by and through their undersigned counsel, respectfully submit this Stipulation to Dismiss this Action, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), with prejudice as to Plaintiff's individual claims and without prejudice as to the putative class, with each party to bear their own costs and attorneys' fees.

Respectfully submitted,

Dated: July 1, 2025         **KAZEROUNI LAW GROUP, APC**

By:   */s/ Mona Amini*
      Mona Amini, Esq.
      *Attorneys for Plaintiff*


**MCGUIREWOODS, LLP**

Dated: July 1, 2025     By:   */s/ K. Issac deVyver*
      K. Issac deVyver, Esq.
      *Attorneys for Defendant*


### SIGNATURE CERTIFICATE

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Defendant's legal counsel and that I have obtained their authorizations to affix their electronic signatures to this document.

Dated: July 1, 2025         **KAZEROUNI LAW GROUP, APC**

By:   */s/ Mona Amini*
      Mona Amini, Esq.
      *Attorneys for Plaintiff*

# CERTIFICATE OF SERVICE

A copy of the foregoing *Stipulation to Dismiss Action pursuant to Fed. R. Civ. P. 41(a)* has been filed on July 1, 2025 through the Court's electronic filing system. All parties may access the foregoing via the Court electronic filing system.

                                              */s/ Mona Amini*
                                              Mona Amini, Esq.